STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 08-5 c/w 08-3, 08-4, 08-6, 08-7, 08-8,
08-12, 08-13, 08-14, 08-15, 08-47

BROUSSARD PHYSICAL THERAPY

VERSUS

COUNTRY BOY'S RESTAURANT AND LOUISIANA RESTAURANT
ASSOCIATION

**********
ON APPLICATION FOR SUPERVISORY WRITS
FROM THE
OFFICE OF WORKERS' COMPENSATION,
DISTRICT 02, NO. 07-00229
HONORABLE JAMES L. BRADDOCK, JUDGE

**********

**J. DAVID PAINTER**

**********

Court composed of Marc T. Amy, J. David Painter, and James T. Genovese, Judges.

**AFFIRMED.**

Charles S. McCowan, Jr.
M. Dwayne Johnson
Todd A. Rossi
Jennifer Jones Thomas
P.O. Box 3513
Baton Rouge, LA 70821
Counsel for Third Party Defendant-Relator:
        Focus Healthcare Management, Inc.

Bray Williams
P.O. Box 15
Natchitoches, LA 71458
Counsel for Plaintiff-Respondent:
        Broussard Physical Therapy

Stephen W. Glusman
P.O. Box 2711
Baton Rouge, LA 70821
Counsel for Defendants-Third Party Plaintiffs-Respondents:
        Louisiana Restaurant Association and Country Boy's Restaurant

**James A. Sutterfield**
**Scott T. Winstead**
**605 Poydras St., Ste. 2715**
**New Orleans, LA 70130**
**Counsel for Third Party Defendant-Third Party Plaintiff-Respondent:**
**Rehab Review, Inc.**

**Philip J Borne**
**601 Poydras St., Ste. 2300**
**New Orleans, LA 70130**
**Counsel for Third Party Defendant-Respondent:**
**Stratacare, Inc.**

PAINTER, Judge.

For the reasons set forth in the companion case hereto, *Broussard Physical Therapy v. Family Dollar Stores, Inc.*, 08-3 (La.App. 3 Cir. __/__/08), ___ So.2d. ___, the judgment of the Office of Workers' Compensation is affirmed. Costs of this application are assessed to the Relator.

AFFIRMED.

1